GAETANO DI TULLIO, respondent,

*v.*

CARMELLA DI TULLIO, appellant.

[Decided May 20th, 1929.]

*Mr. Henry O. Burt,* for the respondent.

*Mr. Louis H. Miller,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *102 N. J. Eq. 141.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.